### WALTER BOYD v. THE STATE.

#### No. 5040. Decided May 22, 1918.

**Murder—Escape—Practice on Appeal.**

Where, pending an appeal to this court from a conviction of felony, it is made to appear by affidavit that appellant escaped and did not voluntarily return, the appeal must be dismissed.

Appeal from the District Court of Bowie. Tried below before the Hon. H. F. O'Neal.

Appeal from a conviction of murder; penalty, twenty years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was allotted a term of twenty years in the penitentiary under conviction for murder.

It is made satisfactorily to appear by the affidavit of the deputy sheriff and jailer that appellant made his escape from jail by overpowering the jailer, and was later captured. He did not voluntarily return but was arrested. The motion of the Assistant Attorney General to dismiss for this reason will be sustained. The appeal, therefore, will be dismissed.

*Dismissed.*